No. 98–7658. ACOLI *v.* NEW JERSEY STATE PAROLE BOARD. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–7674. MEANS *v.* SEGAL, CHAIR, FEDERAL LABOR RELATIONS AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 98–7679. BOYD *v.* HELFER, CHAIRMAN, BOARD OF DIRECTORS, FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 98–7693. SMITH *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7704. YOUNG YIL JO *v.* ANDERSON. C. A. 9th Cir. Certiorari denied.

No. 98–7710. LAMPTON *v.* UNITED STATES;
No. 98–7734. JACKSON *v.* UNITED STATES; and
No. 98–7766. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 158 F. 3d 251.

No. 98–7739. ANTHONY *v.* NEW YORK STATE DIVISION OF PAROLE. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–7757. LEVITAN *v.* UNITED STATES; and
No. 98–7811. LEVITAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 140 F. 3d 1041.

No. 98–7763. WILLIAMS *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7764. WILLINGHAM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–7790. MORRIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–7799. RUZZO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7800. PASSMORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.